**GUY KORNBLUM & ASSOCIATES**
ATTORNEYS

GUY O. KORNBLUM (39974)
MUKESH ADVANI (117974)
WALTER G. CRUMP (203743)
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITI APARTMENTS, INC.; PRIME APARTMENT PROPERTIES, LLC; PRIME APARTMENT PROPERTIES I, LLC; RMSV BAY CITI PROPERTIES I DE, LLC; RMSV BAY CITI PROPERTIES I, LLC; 124 MASON, DE, LLC; TROPHY PROPERTIES, VI, LLC; LRL CITI PROPERTIES I DE, LLC; FRANK LEMBI; WALTER LEMBI; ANDREW J. HAWKINS, <br><br>Plaintiffs, <br><br>v. <br><br>MARKEL INSURANCE COMPANY; and DOES 1 through 100, inclusive <br><br>Defendants. | Case No. C 06-5752-CW <br><br>**ORDER CONTINUING THE HEARING ON MARKEL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the parties' stipulation filed on January 18, 2007, and attached hereto as **EXHIBIT 1**, and GOOD CAUSE BEING SHOWN THEREFORE, IT IS HEREBY ORDERED THAT the hearing on Markel Insurance Company's motion for summary judgment/summary adjudication, presently set for February 16, 2007 at 10:00 a.m., is hereby continued to **April 13, 2007 at 10:00 a.m.**

DATED Jan, 23, 2007



_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA