Susan E. Firtch, CASB# 154624
Eva P. Kwan, CASB# 246034
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:   (510) 444-6800
Facsimile:    (510) 835-6666
Email:          sfirtch@burnhambrown.com
                    ekwan@burnhambrown.com

Attorneys for Defendant
MARKEL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITI APARTMENTS, INC.; PRIME APARTMENT PROPERTIES, LLC; PRIME APARTMENT PROPERTIES I, LLC; RMSV BAY CITI PROPERTIES I DE, LLC; RMSV BAY CITI PROPERTIES I, LLC; 124 MASON, DE, LLC; TROPHY PROPERTIES, VI, LLC; LRL CITI PROPERTIES I DE, LLC; FRANK LEMBI; WALTER LEMBI; ANDREW J. HAWKINS,<br><br>          Plaintiffs,<br><br>v.<br><br>MARKEL INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>          Defendants. | No.  C 06-05752 CW<br><br>**STIPULATION AND ORDER TO DEEM CASES RELATED**<br><br>Judge:   Hon. Claudia Wilken<br>Dept.:   Courtroom 2 |

IT IS HEREBY STIPULATED between Plaintiffs CITI APARTMENTS, INC.; PRIME APARTMENT PROPERTIES, LLC; PRIME APARTMENT PROPERTIES I, LLC; RMSV BAY CITI PROPERTIES I DE, LLC; RMSV BAY CITI PROPERTIES I, LLC; 124 MASON, DE, LLC; TROPHY PROPERTIES, VI, LLC; LRL CITI PROPERTIES I DE, LLC; FRANK LEMBI; WALTER LEMBI; ANDREW J. HAWKINS ("Plaintiffs") and Defendant MARKEL

INSURANCE COMPANY that:

1. Pursuant to Civil L.R. 3-12(a), the action entitled Citi Apartments, Inc. et al v. Markel Insurance Company, United States District Court for the Northern District of California, San Francisco Division, Case No. C 06-07086 ("the Moninger Coverage Action") is related to the above-captioned case;

2. The Moninger Coverage Action concerns the same Defendant and several of the same Plaintiffs as the above captioned case; the Plaintiffs and Defendant in the Moninger Coverage Action are represented by the same Plaintiffs' Counsel and Defense Counsel as in the above-captioned case; and the Moninger Coverage Action concerns many of the same substantive issues as in the above-captioned case.

3. It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the Moninger Coverage Action and the above-captioned case are conducted before different Judges; and

4. Accordingly, the Moninger Coverage Action shall be reassigned to Judge Claudia Wilken, the Assigned Judge for the above-captioned case.

**IT IS SO STIPULATED.**

DATED: February 13, 2007        BURNHAM BROWN

By_____
EVA P. KWAN
Attorneys for Defendant
MARKEL INSURANCE COMPANY

DATED: February 13, 2007        GUY KORNBLUM & ASSOCIATES

By_____
WALTER G. CRUMP
Attorneys for Plaintiffs

STIPULATION AND ORDER TO DEEM CASES RELATED        2        No. C 06-05752 CW

**ORDER**

1
2
3       PURSUANT TO THE PARTIES' STIPULATION SET FORTH ABOVE AND GOOD
4  CAUSE BEING SHOWN THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS: the
5  action entitled <u>Citi Apartments, Inc. et al v. Markel Insurance Company</u>, United States District
6  Court for the Northern District of California, Case No. C 06-07086, shall be reassigned to the
7  Honorable Claudia Wilken, the Assigned Judge for the above captioned case.
8       2/14/07
9  Dated: _____

_____
Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE

788815