**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITI APARTMENTS INC.,                          No. 06-05752 CW

       Plaintiff,

   v.

MARKEL INSURANCE COMPANY,

       Defendant.
_____

CITI APARTMENTS INC.,                          No. 06- 07086 CW

       Plaintiff,
                               ORDER FOR
   v.                                                      CONSOLIDATION

MARKEL INSURANCE COMPANY,

       Defendant.
_____/

    The action numbers listed above are related cases within the meaning of Civil L.R. 3-12.  Pursuant to Fed. R. Civ. P. 42(a), these cases are hereby consolidated into Civil Action No. C-06-5752 CW for **all pretrial proceedings** before this Court.  The docket in Civil Action No. C-06-5752 CW shall constitute the Master Docket for these actions, and all further documents shall be filed only in C-06-5752 CW.

1     This Order is entered without prejudice to the rights of

2   any party to apply for severance of any claim or action, for good

3   cause shown.

4        2/21/07

5   Dated _____                    *Claudia Wilken*

6                                          CLAUDIA WILKEN
                                           United States District Judge