**GUY KORNBLUM & ASSOCIATES**
**ATTORNEYS**

GUY O. KORNBLUM (39974)
WALTER G. CRUMP (203743)
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CITIAPARTMENTS, INC.; PRIME APARTMENT PROPERTIES, LLC; PRIME APARTMENT PROPERTIES I, LLC; RMSV BAY CITI PROPERTIES I DE, LLC; RMSV BAY CITI PROPERTIES I, LLC; 124 MASON, DE, LLC; TROPHY PROPERTIES, VI, LLC; LRL CITI PROPERTIES I DE, LLC; FRANK LEMBI; WALTER LEMBI; and ANDREW K. HAWKINS,<br><br>Plaintiffs,<br><br>v.<br><br>MARKEL INSURANCE COMPANY; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.: C 06-5752 CW<br><br>**PARTIES' STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT (AMENDED CONSOLIDATED COMPLAINT)**<br><br>Dept.:   Courtroom 2<br>Judge:   Hon. Claudia Wilken |
| CITIAPARTMENTS, INC.; TROPHY PROPERTIES IV, DE, LLC; TROPHY PROPERTIES V, LLC; NOB HILL TOWERS DE LLC; BAY CITI PROPERTIES, DE, LLC; CITI PROPERTIES, DE, LLC; LSL PROPERTY HOLDINGS, LLC; TROPHY PROPERTIES, LLC; ALAMO CITY PROPERTIES, DE, LLC; SKYLINE REALTY, INC.; FRANK LEMBI; WALTER LEMBI; and ANDREW K. HAWKINS,<br><br>Plaintiffs, | |

Stipulation and Order to Extend Time - C 065752

| | |
|---|---|
| 1    v. | ) )|
| 2    MARKEL INSURANCE COMPANY; and DOES | ) ) |
| 3    1 through 100, inclusive | ) ) |
| 4            Defendants. | |

IT IS HEREBY STIPULATED between Plaintiffs CITIAPARTMENTS, INC.; PRIME APARTMENT PROPERTIES, LLC; PRIME APARTMENT PROPERTIES I, LLC; RMSV BAY CITI PROPERTIES I DE, LLC; RMSV BAY CITI PROPERTIES I, LLC; 124 MASON DE, LLC; TROPHY PROPERTIES, VI, LLC; LRL CITI PROPERTIES I DE, LLC; TROPHY PROPERTIES IV, DE, LLC; TROPHY PROPERTIES V, LLC; NOB HILL TOWERS DE LLC; BAY CITI PROPERTIES, DE, LLC; CITI PROPERTIES, DE, LLC; LSL PROPERTY HOLDINGS, LLC; TROPHY PROPERTIES LLC; ALAMO CITY PROPERTIES, DE, LLC; SKYLINE REALTY, INC.; FRANK LEMBI; WALTER LEMBI; and ANDREW J. HAWKINS ("Plaintiffs") and Defendant MARKEL INSURANCE COMPANY that:

1. Plaintiffs shall have an additional seven (7) days to file and serve their Amended Consolidated Complaint (First Amended Complaint) in addition to the ten (10) days this court granted in its Order of June 11, 2006. Accordingly, Plaintiffs must now file their Amended Consolidated Complaint on or before June 28, 2007.

2. Accordingly, Defendant shall answer Plaintiffs' Amended Consolidated Complaint (First Amended Complaint) or file and serve its Motion to Dismiss (if any) by July 18, 2007.

///
///
///
///
///
///
///
///

1     3.    If Defendant does file a Motion to Dismiss, the hearing regarding the Motion to Dismiss
2           and Case Management Conference will still be held on August 23, 2007. As such, the
3           deadlines for Plaintiffs to file and serve their Opposition Brief to Defendant's Motion to
4           Dismiss, if filed, and for Defendant to file its Reply Brief shall remain unchanged.

**IT IS SO STIPULATED.**

DATED: June ___, 2007                            GUY KORNBLUM & ASSOCIATES

                                            By _____
                                                GUY O. KORNBLUM
                                                Attorneys for Plaintiffs

DATED: June 14, 2007                            BURNHAM BROWN

                                            By _Susan E. Firtch_
                                                SUSAN FIRTCH
                                                Attorneys for Defendant

## ORDER

PURSUANT TO THE PARTIES' STIPULATION SET FORTH ABOVE AND GOOD CAUSE BEING SHOWN THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS: Plaintiffs must now file and serve their Amended Consolidated Complaint on or before July 5, 2007; Defendant shall answer Plaintiffs' Amended Consolidated Complaint or file a Motion to Dismiss on July 18, 2007; and, the hearing regarding Defendant's Motion to Dismiss (if any) and the case management conference shall remain on August 23, 2007.

Dated: 6/18/07

_/s/ Claudia Wilken_
Hon. Claudia Wilken
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time - C 065752