Susan E. Firtch, CASB# 154624
Eva P. Kwan, CASB# 246034
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
Email:        dwaterrs@burnhambrown.com
              sfirtch@burnhambrown.com
              ekwan@burnhambrown.com

Attorneys for Defendant
MARKEL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITI APARTMENTS, INC.; PRIME APARTMENT PROPERTIES, LLC; PRIME PROPERTIES I, LLC; RMSV BAY CITI PROPERTIES I DE, LLC; RMSV BAY CITI PROPERTIES I, LLC; 124 MASON, DE, LLC; TROPHY PROPERTIES, VI, LLC; LRL CITI PROPERTIES I DE, LLC; FRANK LEMBI; WALTER LEMBI; ANDREW J. HAWKINS,<br><br>          Plaintiffs,<br>v.<br><br>MARKEL INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Nos.    C 06 05752 CW<br>         C 06-7086<br><br>**PARTIES' STIPULATION TO CONTINUE THE 8/23/07 COMBINED MOTION HEARING AND CMC, AND ALL RELATED DATES; ORDER**<br><br>Date:    August 23, 2007<br>Time:    2:00 p.m.<br>Dept.:   Courtroom 2, 4th floor<br>Judge:   Hon. Claudia Wilken<br><br>Complaint Filed: August 21, 2006 |
| CITI APARTMENTS, INC., et al.<br><br>          Plaintiffs,<br>v.<br><br>MARKEL INSURANCE COMPANY; and DOES 1 through 100 inclusive,<br><br>          Defendants. | |

Pursuant to Local Rule 6-2, Defendant MARKEL INSURANCE COMPANY ("Markel") and Plaintiffs CITI APARTMENTS, INC.; PRIME APARTMENT PROPERTIES, LLC; PRIME PROPERTIES I, LLC; RMSV BAY CITI PROPERTIES I DE, LLC; RMSV BAY CITI PROPERTIES I, LLC; 124 MASON, DE, LLC; TROPHY PROPERTIES, VI, LLC; LRL CITI PROPERTIES I DE, LLC; FRANK LEMBI; WALTER LEMBI; ANDREW J. HAWKINS ("Plaintiffs"), by and through their respective attorneys of record hereby request and stipulate to a continuance of the combined Case Management Conference/hearing on motion to dismiss first amended complaint that is currently set for August 23, 2007, to September 27, 2007, and that all related dates be changed accordingly as set forth below.  Markel is represented by Susan E. Firtch of Burnham | Brown.  Plaintiffs are represented by Walter G. Crump of Kornblum & Associates.

The request and stipulation are based on the following grounds.

1. In its June 11, 2007 order granting Markel's motion for summary judgment and Plaintiffs' motion for leave to file a first amended complaint to bring new claims, court set the hearing date for any motion to dismiss that Markel might file, and a Case Management Conference ("CMC"), for August 23, 2007 at 2:00 p.m.

2. Plaintiffs filed their first amended complaint, and Markel filed a motion to dismiss pursuant to FRCP 12(b)(1) and (12)(b)(6).  Under the present schedule, Plaintiffs' opposition is due August 2, Markel's opposition is due August 9, a joint CMC statement is due August 16, and the motion hearing/CMC is set for August 23, 2007.

3. On July 26, 2007 the parties participated in mediation with Judge Rebecca Westerfield (ret.) pursuant to the ADR mediation program.  The parties were able to reach an agreement in principle, entitled "deal points," which has not yet been finalized and/or executed. While the parties hope that it will be finalized and executed, it appears that this cannot happen prior to August 2, the due date of Plaintiffs' opposition to the motion to dismiss, because Plaintiffs' corporate counsel will be unavailable from approximately July 27 through August 3 for medical reasons.

///

1      4.    In order to give the parties time to finalize/execute their settlement agreement, yet keep Markel's motion to dismiss on calendar in the event the settlement falls through, the parties have agreed to extend all of the currently scheduled dates by one month (keeping the CMC/hearing date on a Thursday per the Court's schedule).  Judge Westerfield approved of the Parties' plan to continue the dates by one month in order to facilitate settlement.  If the Parties do consummate their settlement, the motion to dismiss will be taken off calendar, but the CMC will still be necessary to work out the entry of judgment on Markel's prior summary judgment motion, which is part of the planned settlement.

    THEREFORE, PLAINTIFFS AND MARKEL STIPULATE AND AGREE TO THE FOLLOWING SCHEDULE:

| | |
|---|---|
| Filing of Plaintiffs' opposition by | September 6, 2007; |
| Filing of Markel's reply by | September 13, 2007; |
| Filing of Joint CMC Statement by | September 20, 2007; |
| Hearing on Motion/CMC by | September 27, 2007. |

Based on the foregoing, the parties respectfully request that this Court enter an Order granting the continuance to the dates set forth above.

DATED: _____     _____
    SUSAN E. FIRTCH
    BURNHAM BROWN
    Attorneys for Defendant
    MARKEL INSURANCE COMPANY

DATED: _____     _____
    Walter G. Krump
    Kornblum & Associates
    Attorneys for Plaintiffs

**PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:**

If the case has not settled and Markel's motion to dismiss remains on calendar, Plaintiffs' Opposition to Markel's motion shall be filed on or before September 6, 2007; Markel's reply

1  shall be filed on or before September 13, 2007; regardless of whether or not the motion remains
2  on calendar, the Parties' Joint CMC Statement shall be filed on or before September 20, 2007;
3  the hearing date for the motion to dismiss (if it proceeds) and the CMC is continued to Thursday
4  September 27, 2007 at 2:00 p.m.

DATED:  7/30/07

_____
Hon. Claudia Wilken

815748