| | |
|---|---|
| 1 | Guy O. Kornblum (39974) |
| | Mukesh Advani (117974) |
| 2 | 1388 Sutter Street, Suite 820 |
| | San Francisco, California 94109 |
| 3 | Telephone:  (415) 440-7800 |
| | Facsmile:    (415) 440-7898 |
| 4 | |
| | Attorneys for Plaintiffs |
| 5 | |
| | Susan E. Firtch, CASB# 154624 |
| 6 | Eva P. Kwan, CASB# 246034 |
| | BURNHAM BROWN |
| 7 | A Professional Law Corporation |
| | P.O. Box 119 |
| 8 | Oakland, California 94604 |
| | --- |
| 9 | 1901 Harrison Street, 11th Floor |
| | Oakland, California  94612 |
| 10 | Telephone:   (510) 444-6800 |
| | Facsimile:    (510) 835-6666 |
| 11 | Email:         sfirtch@burnhambrown.com |
| | ekwan@burnhambrown.com |
| 12 | |
| | Attorneys for Defendant |
| 13 | MARKEL INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITI APARTMENTS, INC.; PRIME APARTMENT PROPERTIES, LLC; PRIME PROPERTIES I, LLC; RMSV BAY CITI PROPERTIES I DE, LLC; RMSV BAY CITI PROPERTIES I, LLC; 124 MASON, DE, LLC; TROPHY PROPERTIES, VI, LLC; LRL CITI PROPERTIES I DE, LLC; FRANK LEMBI; WALTER LEMBI; ANDREW J. HAWKINS, | No. C 06 05752 CW<br>No. C 06-7086   CW<br><br>**STIPULATION TO DISMISS THE FIRST AMENDED COMPLAINT AND REQUEST FOR ENTRY OF JUDGMENT ON THE JUNE 11, 2007 ORDER RE THE MOTIONS FOR SUMMARY JUDGMENT; ORDER** |
| Plaintiffs, | Complaint Filed: August 21, 2006 |
| v. | CMC Date:    October 23, 2007<br>Time:             2:00 P.M. |
| MARKEL INSURANCE COMPANY; and DOES 1 through 100, inclusive, | Dept.:            Courtroom 2<br>Judge:           Hon. Claudia Wilken |
| Defendants. | |
| CITI APARTMENTS, INC., et al. | |
| Plaintiffs, | |
| v. | |

JOINT CASE MGMT. STATEMENT AND                     1
[PROPOSED] ORDER  (10/23/07 CMC)

MARKEL INSURANCE COMPANY; and
DOES 1 through 100 inclusive,

    Defendants.

Plaintiffs CITI APARTMENTS, INC.; PRIME APARTMENT PROPERTIES, LLC; PRIME APARTMENT PROPERTIES I, LLC; RMSV BAY CITI PROPERTIES I DE, LLC; RMSV BAY CITI PROPERTIES I, LLC; 124 MASON, DE, LLC; TROPHY PROPERTIES, VI, LLC; LRL CITI PROPERTIES I DE, LLC; TROPHY PROPERTIES IV, DE LLC; TROPHY PROPERTIES V, LLC; NOB HILL TOWERS DE LLC; BAY CITI PROPERTIES, DE LLC; CITI PROPERTIES DE,LLC; LSL PROPERTY HOLDINGS, LLC; TROPHY PROPERTIES LLC; ALAMO CITY PROPERTIES, DE, LLC; SKYLINE REALTY, INC.; FRANK LEMBI; WALTER LEMBI; and ANDREW J. HAWKINS ("Plaintiffs") and Defendant MARKEL INSURANCE COMPANY ("Markel"), by and through their respective attorneys of record, hereby stipulate to the dismissal of Plaintiffs' First Amended Complaint, which is the only outstanding pleading, and request that the Court dismiss that complaint and enter judgment on its June 11, 2007, Order granting Markel's Motion for Summary Judgment on the initial complaint. Markel is represented by Susan E. Firtch of Burnham | Brown. Plaintiffs are represented by Guy O. Kornblum of Kornblum & Associates.

The request and stipulation are based on the following grounds:

    1.    This was an insurance coverage dispute concerning the right to independent counsel (sometimes referred to as "<u>Cumis</u>" counsel) under California law.

    2.    The parties filed cross-motions for summary judgment/adjudication concerning the right to independent counsel. By Order dated June 11, 2007, this Court granted Markel's motion for summary judgment, denied Plaintiffs' cross-motion, and granted Plaintiffs' motion for leave to file a first amended complaint to assert new claims.

    3.    Plaintiffs filed their first amended complaint. Markel filed a motion to dismiss pursuant to F.R.C.P. 12(b)(1) and 12(b)(6). At that time, the motion hearing/CMC was set for August 23, 2007.

4. Prior to the hearing date, the parties participated in mediation with Judge Rebecca Westerfield (ret.) on July 26, 2007, and were able to reach an agreement in principle. Thereafter, pursuant to Stipulation and Order of this Court, the parties continued the hearing and CMC date until the final written settlement agreement could be executed.

5. The written settlement agreement has now been executed, and Markel's motion to dismiss has been taken off calendar.

6. Pursuant to the settlement agreement, all that remains to be done in this case is:

    a. The First Amended Complaint needs to be dismissed without prejudice; and

    b. Judgment needs to be entered on the Court's June 11, 2007, Order granting Markel's motion for summary judgment and denying Plaintiffs' cross motion.

Therefore, the Parties hereby stipulate that the First Amended Complaint be dismissed and respectfully request that the Court dismiss that Complaint and enter Judgment on its June 11 Order.

DATED: October 10, 2007          /s/ Susan E. Firtch
                                 SUSAN E. FIRTCH
                                 BURNHAM BROWN
                                 Attorneys for Defendant
                                 MARKEL INSURANCE COMPANY

DATED: October 10, 2007          /s/ Guy Kornblum
                                 GUY KORNBLUM
                                 GUY KORNBLUM & ASSOCIATES
                                 Attorneys for Plaintiffs
                                 CITI APARTMENTS, INC.; PRIME
                                 APARTMENT PROPERTIES, LLC; PRIME
                                 PROPERTIES I, LLC; RMSV BAY CITI
                                 PROPERTIES I DE, LLC; RMSV BAY CITI
                                 PROPERTIES I, LLC; 124 MASON, DE, LLC;
                                 TROPHY PROPERTIES, VI, LLC; LRL CITI
                                 PROPERTIES I DE, LLC; FRANK LEMBI;
                                 WALTER LEMBI; ANDREW J. HAWKINS

**ORDER**

The Court hereby orders that:

1. Plaintiffs' First Amended Complaint is dismissed without prejudice, pursuant to the parties' agreement.

2. The Court's June 11, 2007, Order Granting Markel's Motion for Summary Judgment and Denying Plaintiffs' Cross-Motion is a final order, and judgment shall be entered on that Order.

DATED: 10/25/07

_____
Hon. Claudia Wilken

827655